IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| J.A.L., | * |
| Plaintiff, | * |
| vs. | * |
| COMMISSIONER OF SOCIAL SECURITY, | *   CASE NO. 4:24-cv-35-CDL-AGH |
| | * |
| Defendant. | * |
| | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 30, 2025 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 6th day of March, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA